man, as, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Order (87 N. Y. Supp. 617) reversed, and new trial ordered, with costs to the appellant to abide event, unless the plaintiff stipulates to reduce the verdict to the sum of $10,000 as of the date of the rendition thereof, in which event the order appealed from is affirmed, without costs of this appeal to either party.

WILLIAMS, J., dissents.

HOGAN, Respondent, v. CITY OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Action by Eliza Hogan against the city of Syracuse. No opinion. Judgment and order affirmed, with costs.

HOGAN, Appellant, v. TRIP TO THE MOON, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by John Hogan against the Trip to the Moon. Having been twice passed, the appeal herein is dismissed, with costs, pursuant to rule 39 of the general rules of the Supreme Court.

HOGAN, Appellant, v. TRIP TO THE MOON, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 21, 1904.) Action by John Hogan against the Trip to the Moon.

PER CURIAM. Upon stipulation of the parties it is ordered that the order heretofore entered dismissing the appeal herein be vacated and set aside, and the appeal be reinstated, and may go upon the calendar for the next term of this court.

HOULIHAN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by William Houlihan, as administrator, etc., of James Houlihan, deceased, against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the verdict to $6,625, in which case judgment and order unanimously affirmed, with costs.

IRVING, Respondent, v. CITY OF UTICA, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 30, 1904.) Action by Bertha Irving, an infant, etc., against the city of Utica.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon questions of law only; the facts having been examined and no error found therein. Held, that the evidence wholly fails to establish negligence upon the part of the defendant.

JACKSON v. JACKSON et al. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Action by Mary F. Jackson, as executrix, etc., of Ebenezer C. Jackson, deceased, against William H. Jackson and another. No opinion. Order affirmed, with $10 costs and disbursements.

JACKSON, Respondent, v. JACKSON, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Mary F. Jackson, as executrix, etc., of Ebenezer C. Jackson, deceased, against William H. Jackson, impleaded, etc. No opinion. Motion denied, without costs.

JACQUES et al. v. JACQUES et al. (Supreme Court, Appellate Division, Fourth Department. October 21, 1904.) Action by Charles A. Jacques and others against Delos Jacques and others. No opinion. Motion for order of restitution granted.

JENKINS, Respondent, v. BAKER, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) Action by David Jenkins, as executor, etc., against Henrietta L. Baker. No opinion. Motion to dismiss appeal granted.

JONES et al., Respondents, v. ROCKWELL et al., Appellants. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by John M. Jones and others against Hannah R. Rockwell and others. P. A. Hendrick, for appellants. R. T. Greene, for respondents. No opinion. Judgment and order affirmed, with costs.

JUNGMAN, Respondent, v. PARKER, Appellant. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by Charles Jungman against Andrew D. Parker. P. J. Carlon, for appellant. J. Fischer, for respondent. No opinion. Order, so far as appealed from, affirmed, with $10 costs and disbursements.

KABLE, Respondent, v. ROCHESTER GAS & ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by Sebastian Kable against the Rochester Gas & Electric Company. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

KAHNER v. OTIS ELEVATOR CO. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Action by Milton L. Kahner against the Otis Elevator Company. No opinion. Motion granted.

KALB et al. v. KALB. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by Catharine Kalb and others against John Kalb.

PER CURIAM. Plaintiffs' exceptions overruled, motion for new trial denied, and judgment ordered for the defendant upon the verdict, with costs.

KAUFFMANN, Respondent, v. JUDAH, Appellant. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action